**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1767**

———————

In re:  OSCAR CONTRERAS-AGUILAR, a/k/a Atrevido,

       Petitioner.

———————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Alexandria.  (1:18-cr-00123-RDA-1)

———————

Submitted:  May 13, 2026                    Decided:  June 5, 2026

———————

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Oscar Contreras-Aguilar, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Contreras-Aguilar, who goes by Fendii Skyy, petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on her motions for compassionate release and her 28 U.S.C. § 2255 motion to vacate. She seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied her motions for compassionate release. *United States v. Contreras-Aguilar*, No. 1:18-cr-00123-RDA (E.D. Va. Dec. 3, 2025). The district court also granted her motion to withdraw her § 2255 motion and dismissed the § 2255 motion with prejudice. *United States v. Contreras-Aguilar*, No. 1:18-cr-00123-RDA (E.D. Va. Mar. 25, 2026). Accordingly, because the district court has recently decided the § 2255 and compassionate release motions, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2